NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALEKSANDR L. YUFA,**
*Plaintiff-Appellant,*

**v.**

**TSI, INCORPORATED,**
*Defendant-Appellee.*

---

2014-1539

---

Appeal from the United States District Court for the Northern District of California in No. 4:09-cv-01315-KAW, Magistrate Judge Kandis A. Westmore.

---

**ON MOTION**

---

**O R D E R**

The court treats the parties' letters, concerning a pending motion for fees and costs before the district court, as a request to stay the briefing schedule in this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The briefing schedule is stayed, pending the district court's disposition of the motion for fees and costs.

2                          YUFA v. TSI, INCORPORATED

   (2)  The parties are directed to notify this court within 30 days of the district court's disposition of that motion, and then the stay of the briefing schedule will be lifted. Any future separate appeal concerning the disposition of the pending motion for fees and costs will be consolidated with this appeal.  Any *amended* notice of appeal that might be filed by Yufa in the district court concerning the pending motion for fees and costs will be noted with this appeal.

                              FOR THE COURT

                              /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court


s8